**Below is the Order of the Court.**

_Mary Jo Heston_

**Mary Jo Heston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

**CHAMPAGNE, Ashley Nicole,**

Debtor.

_____

**CHAMPAGNE, Ashley Nicole,**

Plaintiff,

v.

**UNITED STATES OF AMERICA ACTING THROUGH THE U.S. DEPARTMENT OF EDUCATION,**

Defendant.

Case No. 23-41148-MJH

Adversary Number: 24-04018-MJH

**EX PARTE CONSENT JUDGMENT DECLARING DISCHARGEABLE PLAINTIFF'S STUDENT LOAN DEBT**

Plaintiff Ashley Nicole Champagne and Defendant United States of America, acting through the U.S. Department of Education (DOE) filed an "Ex Parte Joint Motion for Entry of Consent Judgment Declaring Dischargeable Plaintiff's Student Loan Debt" (Joint Motion). For the reasons stated in the parties' Joint Motion, the Court finds that Plaintiff is entitled to a declaration that her student loan debt held by DOE, as described in the Loan Information attached hereto as Exhibit A (the Debt), is dischargeable under 11 U.S.C. § 523(a)(8).

EX PARTE CONSENT JUDGMENT DECLARING
DISCHARGEABLE PLAINTIFF'S STUDENT LOAN DEBT- 1

Accordingly, the Court GRANTS the Joint Motion and enters the following Consent Judgment:

1.  Repaying the Debt would impose an undue hardship on Plaintiff under 11 U.S.C. § 523(a)(8).

2.  The Debt is dischargeable under 11 U.S.C. § 523(a)(8).

3.  If Plaintiff completes her Chapter 13 Plan and receives a general discharge under 11 U.S.C. § 1328 in Case No. 23-41148-MJH, the Debt shall be included within such discharge.

4.  Plaintiff and DOE shall bear their own costs and attorney fees related to this action.

///END OF ORDER///

Jointly Presented by:

Law Offices of Travis Gagnier, Inc., P.S.
Attorneys for Plaintiff

/s/ Travis A. Gagnier
Travis A. Gagnier, WSBA #26379
Gregory Jalbert, WSBA #9480
Of Counsel

and

United States Department of Justice

By: /s/ Kristin B. Johnson
Kristin B. Johnson, WSBA #28189
Assistant United States Attorney
U.S. Department of Justice
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA 98101
Kristin.b.johnson@usdoj.gov

EX PARTE CONSENT JUDGMENT DECLARING
DISCHARGEABLE PLAINTIFF'S STUDENT LOAN DEBT- 2

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
Phone: (253) 941-0234; gagnierecf@bestbk.com

Case 24-04018-MJH    Doc 20    Filed 09/22/25    Ent. 09/22/25 13:53:54    Pg. 2 of 3

Re: ASHLEY CHAMPAGNE
Adv. No.: 24-04018-BDL

Exhibit A

| Loan # | Loan Holder Name | Loan Date | Loan Amount | Loan Type | Loan Status | Principal [5] | Interest | Date Entered Repayment[6] |
|---|---|---|---|---|---|---|---|---|
| 9 | AidVantage | 2023-07-05 | $6,000.00 | DIRECT STAFF | Bankruptcy | $4,500.00 | $69.00 | 6/15/2026 |
| 8 | AidVantage | 2023-07-05 | $4,500.00 | DIRECT STAFF | Bankruptcy | $3,375.00 | | 6/15/2026 |
| 7 | AidVantage | 2023-04-07 | $1,049.00 | DIRECT STAFF | Bankruptcy | $1,049.00 | | 6/15/2026 |
| 6 | AidVantage | 2015-09-18 | $2,000.00 | DIRECT STAFF | Bankruptcy | $2,141.00 | $239.00 | 6/11/2016 |
| 5 | AidVantage | 2015-09-18 | $1,167.00 | DIRECT STAFF | Bankruptcy | $1,174.00 | $67.00 | 6/11/2016 |
| 4 | AidVantage | 2013-05-01 | $2,000.00 | DIRECT STAFF | Bankruptcy | $2,485.00 | $554.00 | 12/21/2013 |
| 3 | AidVantage | 2013-05-01 | $1,167.00 | DIRECT STAFF | Bankruptcy | $1,259.00 | $76.00 | 12/21/2013 |
| 2 | AidVantage | 2009-10-01 | $3,500.00 | FFEL STAFF | Bankruptcy | $3,453.00 | $377.00 | 12/18/2010 |
| 1 | AidVantage | 2009-10-01 | $2,000.00 | FFEL STAFF | Bankruptcy | $2,372.00 | $531.00 | 12/18/2010 |